# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PAYNE,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSIE GASTELO, *et al.*,<br><br>             Defendants. | Case No. CV 16-01484 FMO (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  No objections to the Report have been filed herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) the First Amended Complaint be dismissed without further leave to amend; and (3) Judgment shall be entered dismissing this action.

DATED:  December 8, 2016

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE