# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PAYNE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSIE GASTELO, *et al.*,<br><br>　　　　　　Defendants. | Case No. CV 16-01484 FMO (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: December 8, 2016

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE